**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**ANGELICA SANDOVAL,**  **CASE NO.: 1:26-cv-20034-AHS**

*Plaintiff,*

**v.**

**EXPERIAN INFORMATION SOLUTIONS,**
**INC. and EQUIFAX INFORMATION**
**SERVICES LLC**

*Defendants.*

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, ANGELICA SANDOVAL, and Defendant, EQUIFAX INFORMATION SERVICES, LLC( Equifax) have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Equifax shall each bear their own attorneys' fees and costs. Dated: June 9, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: (561) 655-3925
Fax: 844-921-1022

*/s/EimanSharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Attorney for Plaintiff*

**SEYFARTH SHAW, LLP**
233 South Wacker Drive, Ste. 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Fax: (312) 460-7000

*/s/ Paige Vacante*
Paige Vacante, Esq.
Florida Bar No. 1019135
Email: pvacante@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services*

**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL, 33131
Telephone: (305) 714-9666

*/s/ Blake Jennings Hawthorne*
Blake Jennings Hawthorne, Esq.
FBN: 1069129
Email: blakehawthorne@jonesday.com
*Attorney for Defendant Experian Information*
*Solutions, Inc.*