UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20034-CIV-SINGHAL

ANGELICA SANDOVAL,

     Plaintiff,

  vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., and EQUIFAX
INFORMATION SERVICES LLC,

Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (DE [28]). Having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs.  All of Defendant Equifax Information Services, LLC's deadlines are **CANCELED**.  Plaintiff's claims against Experian Information Solutions, Inc. remain.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of June 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF