**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**ANGELICA SANDOVAL,**

      *Plaintiff,*

**v.**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., et al.**                    **Case Number: 1:26-cv-20034-AHS**

      *Defendants,*

_____/

## AMENDED[1] NOTICE OF DESIGNATION OF LEAD COUNSEL

Undersigned Counsel, Eyal S. Eisig, Esq., files this Notice as required by Local Rule 2.02(a) to designate himself as Lead Counsel in this action.

Dated: June 16, 2026                    *Respectfully Submitted,*

                                       **SHARMIN & SHARMIN, P.A.**
                                       830 North Federal Highway
                                       Lake Worth, FL 33460
                                       Telephone: 561-655-3925
                                       Direct: 561-296-9109
                                       Fax: 844-921-1022

                                       /s/ Eyal S. Eisig_____
                                       Eyal S. Eisig, Esq.
                                       FBN: 109438
                                       Email: eyal@sharminlaw.com
                                       *Lead Counsel for Plaintiff*

---

[1] Eyal S. Eisig is replacing Eiman Sharmin as lead counsel in this matter.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 16, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the parties of record. I also certify that the foregoing document is being served this date via mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices of electronic filing.

/s/ Eyal S. Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Lead Counsel for Plaintiff*

2