UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-CV-20034-SINGHAL/STRAUSS

ANGELICA SANDOVAL,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

     Defendants.

_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Maria H. Ruiz of the law firm Kasowitz LLP hereby gives notice of appearance in this

case on behalf of Defendant Experian Information Solutions, Inc. and requests service of all

notices, pleadings, and other papers filed in this case.

  June 26, 2026

/s/ *Maria H. Ruiz*
_____
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ LLP
201 S. Biscayne Blvd., Suite 2550
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
MRuiz@Kasowitz.com

***Attorney for Defendant***
***Experian Information Solutions, Inc.***