UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20034-CIV-SINGHAL

ANGELICA SANDOVAL,

     Plaintiff,

  vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., and EQUIFAX
INFORMATION SERVICES LLC,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Unopposed Motion to Withdraw as Counsel of Record (the "Motion") (DE [33]) filed by Blake Jennings Hawthorne, Esq.  The Court having considered the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [32]) is **GRANTED**.  Blake Jennings Hawthorne, Esq. shall be relieved of all further responsibilities related to this matter and shall be removed from the service list.  Attorney Maria Helena Ruiz, Esq. of the law firm Kasowitz LLP, continues to represent Defendant Experian Information Solutions, Inc.  Counsel from Goodwin Proctor is also expected to appear on behalf of Defendant.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF