UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-CV-20034-SINGHAL/STRAUSS

ANGELICA SANDOVAL,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

      Defendants.

_____/

**EXPERIAN INFORMATION SOLUTIONS, INC'S
NOTICE OF CHANGE OF COUNSEL LAW FIRM AND ADDRESS**

Maria H. Ruiz, counsel for Defendant, Experian Information Solutions, Inc., gives notice that effective immediately her law firm and physical address is Haber Law, LLP, 251 NW 23rd Street, Miami, FL 33127-4315, Tel.: 305-379-2400, Fax: 305-379-1106, and e-mail mruiz@haber.law (secondary: service@haber.law).

July 6, 2026

/s/ *Maria H. Ruiz*
Maria H. Ruiz FBN 182923
**HABER LAW, LLP**
251 NW 23rd Street
Miami, FL 33127-4315
Tel.: 305-379-2400
Fax: 305-379-1106
mruiz@haber.law
service@haber.law
*Attorney for Defendant Experian*
*Information Solutions, Inc.*